


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARTREECE JONES, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES, <br><br> ATTORNEY GENERAL OF THE U.S., OFFICIAL CAPACITY <br><br> Defendant, | Case No.: <br><br><br> **1:25-cv-11747** <br> **Judge Lindsay C. Jenkins** <br> **Magistrate Judge Jeffrey T. Gilbert** <br> **RANDOM/Cv Cat 2** |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

**NOW COMES Plaintiff, Shartreece Jones, bringing this action against the United States and its Attorney General, in the Attorney General's official capacity as an officer bound by oath and charged with the responsibility to uphold the Constitution and laws of the United States. This action arises under the supreme authority of the People, as expressly recognized in the Preamble to the Constitution, which vests all governmental power in the People and requires that officers in positions of public trust discharge their duties in full constitutional compliance. Plaintiff challenges the continued operation and concealment of a fiat currency scheme that directly conflicts with the Constitution's monetary provisions and federal statutory law. Such a scheme enables undisclosed foreign-agent activity to infiltrate American commerce in violation of the Foreign Agents Registration Act (FARA), 22 U.S.C. §§ 611–618, and constitutes "agency action… contrary to constitutional right, power, privilege, or immunity" prohibited under the Administrative Procedure Act, 5 U.S.C. § 706(2)(B)–(C). By permitting these unconstitutional practices, Defendants have**

1

**infringed upon the People's constitutional rights and stripped the People of their rightful power to remain in control.**

1. The Constitution recognizes only gold and silver coin as the lawful standard of money, the sole species authorized for the payment of debts. It does not grant authority for the issuance of bills of credit as lawful money, yet the United States currently circulates and designates such instruments—fiat currency—as legal tender."

2. Notwithstanding the constitutional text ( U.S. Const. art. I, § 10, cl. 1), the United States presently circulates only Federal Reserve Notes ("FRNs"). These notes which are declared "legal tender" by statute, but they cannot be redeemed in constitutional "lawful money" as promised under 12 U.S.C. § 411misleading the public. Since 1933, no redemption in gold has been unavailable, and since 1968 redemption in silver coin has likewise ceased. Accordingly, no lawful money, as constitutionally defined in gold or silver coin, exists for redemption under § 411.

3. The Federal Reserve System (created by statute in 1913) is not mentioned in the Constitution and has no constitutional authority to impose or administer a monetary regime that displaces the Constitution's money provisions.

4. The Attorney General of the United States is charged with ensuring public transparency under the Foreign Agents Registration Act (FARA), 22 U.S.C. §§ 611–621, and is empowered to seek injunctive relief to restrain unlawful acts by agents of foreign principals. By permitting agents who operate to enforce and normalize FRNs without disclosure or restraint, the Attorney General has failed to discharge the transparency and enforcement duties that FARA requires, thereby

allowing the public to be misled and forced to rely on a statutory fiat scheme that cannot be redeemed in lawful money.

5. Plaintiff is aggrieved and suffers a legal wrong within the meaning of 5 U.S.C. § 702 because she is compelled to transact in FRNs, while the statutory promise of redemption in lawful money (12 U.S.C. § 411) is impossible to fulfill; further, the Attorney General has failed to provide the transparency and enforcement required by FARA, leaving the constitutional truth about lawful money obscured from the People.

## JURISDICTION AND VENUE

6. This Court has federal-question jurisdiction under 28 U.S.C. § 1331 because this action arises under the Constitution and laws of the United States.

7. This Court has authority to review agency action under the Administrative Procedure Act, 5 U.S.C. §§ 702, 704–706. This court possesses authority to preserve Plaintiff's rights and to restrain agency action pending review. The United States government, together with the Attorney General in her official capacity, are named defendants to ensure full compliance with any order entered by this court, as required under Fed. R. Civ. P. 65(d), and to bind the responsible federal officers to their constitutional and statutory duties.

8. Venue is proper under 28 U.S.C. § 1391(e) because Defendants are the United States and the Attorney General, and a substantial part of the events or omissions giving rise to this claim occurred in this district.

## PARTIES

9. Plaintiff, Shartreece Jones, is one of the People to whom the United States Constitution guarantees full protection, is being required in commerce to use Federal Reserve Notes and thereby suffers the consequences of a statutory and administrative monetary regime that is inconsistent with the Constitution and internally contradictory which is all performed under color of law.

10. Defendant THE UNITED STATES government is responsible for executing the Constitution and federal statutes.

11. Defendant THE ATTORNEY GENERAL OF THE UNITED STATES, sued in their official capacity, is the officer charged with administering and enforcing FARA and with ensuring the public availability of registration statements and informational materials about agents of foreign principals.

## FACTUAL ALLEGATIONS

12. The Constitution assigns to Congress the power *"to coin Money, regulate the Value thereof, and of foreign Coin"* (Art. I, § 8, cl. 5). At the Founding, "coin" referred to metallic coinage — principally gold and silver.

13. The Constitution forbids States from issuing bills of credit or making *"any Thing but gold and silver Coin a Tender in Payment of Debts"* (Art. I, § 10, cl. 1).

14. The Constitution requires fiscal accountability: *"No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the*

4

*Receipts and Expenditures of all public Money shall be published from time to time"* (Art. I, § 9, cl. 7).

15. The Constitution contains no mention of the Federal Reserve Bank, nor does it grant any legislature-created or private bank authority to issue constitutional lawful money. The Federal Reserve System and Federal Reserve Banks exist only by statute (Federal Reserve Act, 1913) and not by constitutional authorization.

16. 12 U.S.C. § 411 provides that FRNs *"shall be redeemed in lawful money on demand at the Treasury Department or at any Federal Reserve bank."* Since 1933 and 1968, redemption in gold or silver coin has not been available; therefore § 411's promise of redemption in lawful money cannot be fulfilled.

17. 31 U.S.C. § 5103 designates Federal Reserve Notes (FRNs) and coins as 'legal tender,' a statutory classification that does not equate to the Constitution's mandate of 'lawful money.' Congress's statutory designation of FRNs as legal tender cannot alter, erase, or supersede the Constitution's command that only gold and silver coin constitute lawful money. Any statute that attempts to redefine constitutional money exceeds Congress's lawful authority and amounts to an overreach against the supreme law of the land. *Craig v. Missouri*, 29 U.S. (4 Pet.) 410, 425–26 (1830) The Court struck down Missouri's issuance of paper notes as unconstitutional bills of credit, reaffirming that the Constitution forbids paper substitutes for gold and silver coin as tender. *Norman v. Baltimore & Ohio R. Co.*, 294 U.S. 240, 303–04 (1935) The Court acknowledged that while Congress has broad monetary powers, such powers are not unlimited and cannot destroy vested constitutional guarantees. *Perry v. United States*, 294 U.S. 330, 350–51 (1935) "The power to coin money is not an unrestricted power to alter or destroy

constitutional obligations"; *Marbury v. Madison*, 5 U.S. (1 Cranch) 137, 177 (1803) "An act of Congress repugnant to the Constitution is void."

18. As a result of the foregoing statutes, decisions, and practices, no lawful money exists for redemption, and the People are compelled to rely exclusively on FRNs — a fiat medium that is inconsistent with the constitutional money clauses.

19. Plaintiff reached out to the Attorney General in September 2025 to report and seek redress for the constitutional and statutory conflicts described above, and to request that the Attorney General ensure transparency and, where appropriate, seek injunctive relief to prevent agents from operating on behalf of an entity that enforces an unconstitutional monetary scheme.

20. The Attorney General has not provided meaningful transparency, communication, or follow-up in response to Plaintiff's September 2025 contacts through mail. The Attorney General has not publicly disclosed the sort of information FARA requires with respect to agents acting on behalf of the Federal Reserve, nor has the Attorney General sought to restrain alleged unlawful acts that, on Plaintiff's view, operate contrary to the Constitution.

21. Agents who enforce or operationally sustain the FRN fiat regime act in ways that materially affect the People's economic life and legal relations; insofar as those agents act on behalf of, or in service to, an entity that lacks constitutional authority to impose a fiat scheme, their activities present the very sort of undisclosed foreign-principal influence that FARA was enacted to expose and regulate.

22. As a direct consequence of Defendants' failures and the statutory-constitutional conflict described above, Plaintiff is injured and faces continuing injury in the form of compelled

participation in a monetary regime that cannot be redeemed in lawful money, and by being deprived of the transparency and accurate public disclosures Congress enacted under FARA.

## CLAIMS FOR RELIEF

**Count I — Declaratory Relief: Constitutional Interpretation**

23. The Court should declare that the Constitution's money clauses (Art. I, §§ 8, 9, 10) establish gold and silver coin as the constitutional standard for lawful money, and that nothing in the Constitution authorizes the issuance of bills of credit as lawful money.

**Count II — Declaratory Relief: Statutory Contradiction**

24. The Court should declare that 12 U.S.C. § 411, which promises redemption of FRNs in "lawful money," is impossible to effectuate in light of the abandonment of gold/silver redemption since 1933 and 1968, and that 31 U.S.C. § 5103's statutory designation of FRNs as legal tender does not and cannot convert FRNs into constitutional lawful money.

**Count III — APA: Agency Action Unlawfully Withheld (5 U.S.C. § 706(1))**

25. The Attorney General has a non-discretionary duty under FARA (22 U.S.C. § 616) to ensure public disclosure of agents acting for foreign principals and to seek injunctive relief where unlawful activity is occurring. By failing to provide transparency, to disclose relevant information, and to seek available injunctive remedies in the face of the constitutional and statutory conflicts alleged, the Attorney General has unlawfully withheld agency action from the Plaintiff.

**Count IV — APA: Arbitrary, Capricious, Contrary to Law (5 U.S.C. § 706(2)(A), (C))**

26. The Attorney General's inaction is arbitrary, capricious, and not in accordance with law because it permits and perpetuates a statutory scheme that is internally contradictory (12 U.S.C. § 411 vs. the absence of any lawful-money redemption) and conflicts with constitutional provisions regarding lawful money and appropriations/accountability.

**Count V — Violation of the Preamble's Accountability Principle**

27. The Preamble to the Constitution of the United States declares that the People themselves are the source of all governmental power, and that government exists "to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity."

28. This declaration is not merely aspirational; it establishes that all public offices exist in trust for the People and that those entrusted with such offices must act in full compliance with the Constitution.

29. The Attorney General, as the chief law enforcement officer of the United States, derives her authority from the People and is oath-bound to uphold the Constitution pursuant to 28 U.S.C. § 453. By failing to enforce transparency under FARA and by allowing a fiat currency system that contradicts the Constitution's monetary provisions, the Attorney General has violated this trust and failed to meet the accountability principle embodied in the Preamble.

30. The continued operation of a fiat currency regime without lawful redemption, and the Attorney General's failure to restrain agents acting on behalf of foreign principals, places the People in subordination to private and foreign interests — a condition the Framers explicitly

rejected when they prohibited the creation of privileged classes and required full governmental accountability to the People.

31. Plaintiff, as one of the People, asserts her right under the Preamble to hold officers of the United States to their constitutional obligations, to prevent concealment or circumvention of the Constitution, and to ensure that no officeholder operates outside the bounds of lawful compliance.

32. Accordingly, Defendants' conduct violates the accountability principle inherent in the Preamble, deprives Plaintiff and the People of the very constitutional protections government is bound to secure, and warrants injunctive and declaratory relief to restore full constitutional compliance.

**Count VI — Violation of Article I, Section 9, Clause 8 (Titles of Nobility Clause)**

33. The Constitution provides in Article I, Section 9, Clause 8: *"No Title of Nobility shall be granted by the United States."* This provision embodies the Framers' intent to ensure that no person, group, or entity is vested with superior rights, privileges, or immunities above those of the People. The clause prohibits the creation of a privileged ruling class that stands above the Constitution.

34. Opposing attorneys and judicial actors, by enabling and defending the enforcement of Federal Reserve Notes ("FRNs") and the statutory fiat currency scheme, act in substance as representatives of a private and foreign principal—the Federal Reserve. In doing so, they elevate the Federal Reserve and its agents to a status superior to the People, allowing private financial powers to dominate commerce and law as if they held a constitutional nobility.

35. The Federal Reserve is not mentioned anywhere in the Constitution, nor is it vested with constitutional authority to exercise power against the People. Nevertheless, through the combined action of attorneys, judges, and government officers, the Federal Reserve operates in a position of privilege and dominance over the People's economic life, a condition prohibited by the Constitution's plain text.

36. The United States government, by permitting and sustaining this scheme, has effectively conferred unconstitutional privileges upon a private and foreign-controlled entity, contrary to the constitutional command that no nobility or superior class shall be granted within the United States.

37. The Attorney General, charged with strict enforcement of transparency and accountability through FARA and other statutory safeguards, has failed to restrain these violations. By not striking down the unlawful elevation of the Federal Reserve and its agents, the Attorney General has allowed the persistence of a privileged class in direct violation of Article I, Section 9, Clause 8.

38. Plaintiff, as one of the People, is directly harmed by being compelled to transact in instruments of a privileged class (FRNs), stripped of lawful money redemption, and placed in subordination to private and foreign-controlled interests. This violates the accountability principle in the Preamble and the constitutional prohibition against granting privileges or immunities to entities above the People.

39. Accordingly, Defendants' conduct constitutes a violation of the Titles of Nobility Clause, requiring this Court to declare the practice unconstitutional and to enjoin further recognition or enforcement of privileges claimed by the Federal Reserve or its agents.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter a Permanent Injunction, binding upon Defendants, including their officers, agents, employees, servants, and all other persons in active concert or participation with them, and that Defendants be permanently ENJOINED and RESTRAINED as follows:

**A. Constitutional Money Standard**

Enter a declaratory judgment that the Constitution's money provisions (Art. I, §§ 8, 9, 10) establish gold and silver coin as the only lawful money standard, and that the Constitution does not authorize the issuance of bills of credit as lawful money.

**B. Statutory Conflict**

Enter a declaratory judgment that 12 U.S.C. § 411 is impossible to perform insofar as it promises redemption in "lawful money" that no longer exists, and that 31 U.S.C. § 5103's statutory

designation of Federal Reserve Notes as legal tender does not and cannot convert them into constitutional lawful money.

**C. Governmental Duty to Protect Plaintiff**

Declare and order that the United States government and all of its officers — including but not limited to the Attorney General — are constitutionally and statutorily obligated to ensure that Plaintiff is not subjected to, affected by, or compelled to participate in any infrastructure, monetary system, or enforcement action that is unconstitutional, mischaracterized, or derived from authority never granted to foreign agents or private entities.

**D. Foreign Agent Activity**

Enjoin Defendants from authorizing, facilitating, or tolerating any foreign-agent activity, including activity by the Federal Reserve or its affiliates, that infringes upon Plaintiff's rights or places her in subordination to private or foreign-controlled interests, in violation of Article I, Section 9, Clause 8 and the Fifth and Fourteenth Amendments.

**E. Titles of Nobility Clause (Personalized to Plaintiff)**

Declare that Defendants' actions have created and sustained a privileged ruling class in violation of Article I, Section 9, Clause 8 of the Constitution, which directly injures Plaintiff. By forcing Plaintiff to submit to obligations and restrictions traceable to the Federal Reserve and its agents, Defendants have elevated those private actors to a status superior to the People and superior to Plaintiff's constitutional rights. This unlawful structure denies Plaintiff equal standing in commerce, strips her of constitutional lawful-money protections, and subordinates her liberty to entities never granted authority under the Constitution. Accordingly, enjoin any further recognition, facilitation, or enforcement of privileges or immunities claimed by the Federal Reserve or its agents that place them above the People and above Plaintiff in particular.

**F. Governmental Compliance Plan**

Immediately Order the Attorney General, as the chief law enforcement officer of the United States, to prepare, designate, and implement a lawful compliance plan that ensures Plaintiff is not compelled to participate in, or restricted by, the unconstitutional fiat currency scheme. This plan must:

1. Order the Attorney General to exercise the non-discretionary duty under FARA to ensure full public transparency regarding agents who act for or in service to the Federal Reserve, and to seek injunctive relief where appropriate to restrain unlawful acts by agents operating under or enforcing the fiat scheme against Plaintiff, thereby protecting Plaintiff's rights as guaranteed by law.

2. Affirmatively protect Plaintiff from being subordinated to private or foreign-controlled entities—including the Federal Reserve—whose existence and authority are not constitutionally authorized.

3. Guarantee Plaintiff's equal standing in commerce by ensuring that no future enforcement action, debt obligation, or legal proceeding compels Plaintiff to use fiat currency in violation of the Constitution NUNC PRO TUNC.

**G. Congressional Protection**

Pursuant to 5 U.S.C. § 705, issue all necessary and appropriate process to postpone and restrain agency actions that compel the use of Federal Reserve Notes as lawful money, and preserve Plaintiff's constitutional rights pending conclusion of this review proceeding.

**H. Further Relief**

Grant such further relief as the Court deems just and proper, including any equitable remedies

necessary to ensure that Plaintiff's constitutional rights and legal status are fully protected, and that no unconstitutional infrastructure or foreign-agent activity may infringe upon them now or in the future.

RESPECTFULLY SUBMITTED,

/s/Shartreece Jones_____

Shartreece Jones
P.O. BOX 438
Oak Lawn, Illinois 60454
Shartreecejones@gmail.com
773-383-4912

**Certificate of Service**

I hereby certify that the true and correct copy of the foregoing document was submitted to serve upon the Defendant by email/mail on the 26th day of September , 2025.

| U.S. ATTORNEY GENERAL | U.S. ATTORNEY OFFICE |
|---|---|
| 950 Pennsylvania Avenue, NW | 219 S. DEARBORN STREET |
| Washington, DC 20530 | CHICAGO, IL 60604 |